# United States District Court
## Middle District of Florida
## Orlando Division

JAMES SLATER,

                             **Plaintiff,**

-vs-                                            **Case No.  6:05-cv-1738-Orl-28DAB**

MAJESTIC DESIGNS OF EDGEWATER, INC.,

                           **Defendant.**

_____

## Report And Recommendation and Order

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **UNOPPOSED MOTION TO ENFORCE SETTLEMENT AGREEMENT (Doc. No. 35)** |
| **FILED:** | **August 14, 2007** |

**THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

| | |
|---|---|
| **MOTION:** | **UNOPPOSED MOTION TO WITHDRAW (Doc. No. 32)** |
| **FILED:** | **August 2, 2007** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

| | |
|---|---|
| **MOTION:** | **UNOPPOSED MOTION TO WITHDRAW (Doc. No. 33)** |
| **FILED:** | **August 2, 2007** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

As set forth at status conference, it appears that the parties entered into a Settlement Agreement and, for unknown reasons, Defendant has not complied with the Agreement and has failed to communicate with defense counsel.   In the instant motions, Plaintiff seeks entry of an Order enforcing the terms of the parties' Settlement Agreement, and/or entering a default judgment against the Defendant in the amount of $4,550.00.  The motion is unopposed by defense counsel, both of whom have filed motions to withdraw.  Defendant is a corporation, which cannot be heard except through the appearance of counsel, although it appears in this case that Defendant has chosen not to communicate with either counsel.  In view of the present posture of the case, however, such withdrawal is not necessary, as it appears that defense counsel have discharged their professional responsibilities and have little more to do in the case (other than continue to attempt to keep the client informed of the proceedings.

It is **respectfully recommended** that the motion to enforce the Settlement Agreement be **GRANTED, as unopposed**, and a default judgment be entered against Defendant in the agreed-to amount of $4,550.00.  The motions to withdraw are **DENIED.**

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on August 15, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy