# United States District Court
## Middle District of Florida
### Orlando Division

**JAMES SLATER,**

                **Plaintiff,**

**-vs-**                                     **Case No.  6:05-cv-1738-Orl-28DAB**

**MAJESTIC DESIGNS OF EDGEWATER, INC.,**

                **Defendant.**

_____

## ORDER

This case is before the Court on Plaintiff's Motion to Enforce Settlement Agreement (Doc. No. 35) filed August 14, 2007.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed August 16, 2007 (Doc. No. 36) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    Plaintiff's Motion to Enforce Settlement Agreement is **GRANTED**.

3.    Default judgment is hereby entered against Defendant Majestic Designs of Edgewater in the amount of $4,550.00.

4.     The Clerk is directed to issue judgment as noted in #3 above and thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___*13*___ day of September, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party